# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ALPHA MODUS, CORP.<br><br>**Plaintiff**<br><br>v.<br><br>7-ELEVEN, INC.,<br><br>Defendant. | **Case No. 2:25-cv-01060-JRG-RSP**<br><br>**(Lead Case)** |
| ALPHA MODUS, CORP.<br><br>**Plaintiff**<br><br>v.<br><br>RETAILNEXT, INC.,<br><br>Defendant. | **Case No. 2:25-cv-00977-JRG-RSP**<br><br>**(Member Case)**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS

Plaintiff Alpha Modus, Corp. ("Alpha Modus"), by and through the undersigned counsel, hereby responds to the counterclaims of Defendant RetailNext, Inc. ("RetailNext"), as alleged in RetailNext's *Answer, Affirmative Defenses, and Counterclaims to Plaintiff's Complaint* ("RetailNext's Counterclaims") (Dkt. 20).

Alpha Modus denies the allegations and characterizations in RetailNext's Answer and Counterclaims unless expressly admitted in the following paragraphs. To the extent the allegations in RetailNext's Counterclaims implicate or call for legal conclusions, no response is required.

Alpha Modus's specific responses to the numbered paragraphs of RetailNext's Counterclaims are set forth below in corresponding numbered paragraphs, as follows:

## The Parties

1.    Alpha Modus admits the allegations of Paragraph 1 of RetailNext's Counterclaims.

2.      Alpha Modus admits the allegations of Paragraph 2 of RetailNext's Counterclaims.

## Jurisdiction and Venue

3.      Alpha Modus incorporates by reference the responses to allegations set forth in Paragraphs 1-2 as if fully set forth herein.

4.      Alpha Modus admits the allegations of Paragraph 4 of RetailNext's Counterclaims.

5.      Alpha Modus admits the allegations of Paragraph 5 of RetailNext's Counterclaims.

6.      Alpha Modus admits the allegations of Paragraph 6 of RetailNext's Counterclaims.

## Counterclaim Count I:

## Declaration Regarding Non-Infringement of the '825 Patent

7.      Alpha Modus incorporates by reference the responses to allegations set forth in Paragraphs 1-6 as if fully set forth herein.

8.      Alpha Modus admits the allegations of Paragraph 8 of RetailNext's Counterclaims. Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

9.      Alpha Modus denies the allegations of Paragraph 9 of RetailNext's Counterclaims.

10.     Alpha Modus denies the allegations of Paragraph 10 of RetailNext's Counterclaims.

11.     Alpha Modus admits that RetailNext seeks a declaratory judgment of non-infringement of the '825 Patent.  Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

## Counterclaim Count II:

## Declaration Regarding Invalidity

12.     Alpha Modus incorporates by reference the responses to allegations set forth in Paragraphs 1-11 as if fully set forth herein.

13. Alpha Modus admits the allegations of Paragraph 13 of RetailNext's Counterclaims. Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

14. Alpha Modus denies the allegations of Paragraph 14 of RetailNext's Counterclaims.

15. Alpha Modus admits that RetailNext seeks a declaratory judgment of invalidity of the '825 Patent. Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

## Counterclaim Count III:

### Declaration Regarding Non-Infringement of the '120 Patent

16. Alpha Modus incorporates by reference the responses to allegations set forth in Paragraphs 1-15 as if fully set forth herein.

17. Alpha Modus admits the allegations of Paragraph 17 of RetailNext's Counterclaims. Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

18. Alpha Modus denies the allegations of Paragraph 18 of RetailNext's Counterclaims.

19. Alpha Modus admits that RetailNext seeks a declaratory judgment of non-infringement of the '120 Patent. Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

## Counterclaim Count IV:

### Declaration Regarding Invalidity of the '120 Patent

20. Alpha Modus incorporates by reference the responses to allegations set forth in Paragraphs 1-19 as if fully set forth herein.

21. Alpha Modus admits the allegations of Paragraph 21 of RetailNext's Counterclaims. Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

22. Alpha Modus denies the allegations of Paragraph 22 of RetailNext's Counterclaims.

23. Alpha Modus admits that RetailNext seeks a declaratory judgment of invalidity of the '120 Patent. Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

## Counterclaim Count V:

## Declaration Regarding Non-Infringement of the '550 Patent

24. Alpha Modus incorporates by reference the responses to allegations set forth in Paragraphs 1-23 as if fully set forth herein.

25. Alpha Modus admits the allegations of Paragraph 25 of RetailNext's Counterclaims. Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

26. Alpha Modus denies the allegations of Paragraph 26 of RetailNext's Counterclaims.

27. Alpha Modus denies the allegations of Paragraph 27 of RetailNext's Counterclaims.

28. Alpha Modus admits that RetailNext seeks a declaratory judgment of non-infringement of the '550 Patent. Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

## Counterclaim Count VI:

## Declaration Regarding Invalidity of the '550 Patent

29. Alpha Modus incorporates by reference the responses to allegations set forth in Paragraphs 1-28 as if fully set forth herein.

30. Alpha Modus admits the allegations of Paragraph 30 of RetailNext's Counterclaims. Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

31.     Alpha Modus denies the allegations of Paragraph 31 of RetailNext's Counterclaims.

32.     Alpha Modus admits that RetailNext seeks a declaratory judgment of invalidity of the '550 Patent.  Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

## Counterclaim Count VII:

### Declaration Regarding Non-Infringement of the '890 Patent

33.     Alpha Modus incorporates by reference the responses to allegations set forth in Paragraphs 1-32 as if fully set forth herein.

34.     Alpha Modus admits the allegations of Paragraph 34 of RetailNext's Counterclaims.  Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

35.     Alpha Modus denies the allegations of Paragraph 35 of RetailNext's Counterclaims.

36.     Alpha Modus admits that RetailNext seeks a declaratory judgment of non-infringement of the '890 Patent.  Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

## Counterclaim Count VIII:

### Declaration Regarding Invalidity of the '890 Patent

37.     Alpha Modus incorporates by reference the responses to allegations set forth in Paragraphs 1-36 as if fully set forth herein.

38.     Alpha Modus admits the allegations of Paragraph 38 of RetailNext's Counterclaims.  Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

39.     Alpha Modus denies the allegations of Paragraph 39 of RetailNext's Counterclaims.

40.    Alpha Modus admits that RetailNext seeks a declaratory judgment of invalidity of the '880 Patent. Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

## PRAYER FOR RELIEF

Alpha Modus denies that RetailNext is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

A.    RetailNext's counterclaims are barred, in whole or in part, by the doctrines of estoppel and waiver.

B.    RetailNext's counterclaims are barred, in whole or in part, because they fail to state a claim upon which relief may be granted.

C.    Alpha Modus may rely upon other matter constituting an avoidance or affirmative defense as set forth in Federal Rule of Civil Procedure 8(c), and Alpha Modus reserves the right to seek leave to amend this Answer to add to, amend, withdraw, or modify these defenses as its investigation continues and as discovery may require.

D.    Alpha Modus reserves the right to file a motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure based on RetailNext's failure to allege facts to support its counterclaims.

## DEMAND FOR JURY TRIAL

Alpha Modus hereby demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: January 20, 2026

Respectfully submitted,

/s/ *Christopher E. Hanba*
Christopher E. Hanba
Texas Bar No. 24121391
chanba@princelobel.com
Ariana D. Pellegrino *
Michigan Bar No. P79104
apellegrino@princelobel.com
Joshua G. Jones
Texas Bar No. 24065517
jjones@princelobel.com
Bryan D. Atkinson
Texas Bar No. 24036157
batkinson@princelobel.com
   * Not admitted in Texas

PRINCE LOBEL TYPE LLP
500 W. 5th Street, Suite 1205
Austin, Texas 78701
Tel: (617) 456-8000

*Attorneys for Plaintiff*
*Alpha Modus, Corp.*

7

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 20, 2026, PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS was filed via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Christopher E. Hanba
Christopher E. Hanba