**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALPHA MODUS, CORP., | |
| Plaintiff, | |
| v. | Civil Action No. 2:25-cv-01060-JRG-RSP |
| 7-ELEVEN, INC., | (Lead Case) |
| Defendant. | |
| ALPHA MODUS, CORP., | |
| Plaintiff, | Civil Action No. 2:25-cv-01003-JRG-RSP |
| v. | (Member Case) |
| SENSORMATIC ELECTRONICS, LLC, AND JOHNSON CONTROLS INTERNATIONAL, PLC, | PATENT CASE |
| | DEMAND FOR JURY TRIAL |
| Defendants. | |

**DEFENDANTS SENSORMATIC ELECTRONICS, LLC AND JOHNSON CONTROLS INTERNATIONAL, PLC'S NOTICE OF COMPLIANCE REGARDING** <u>SERVICE UPON PLAINTIFF ALPHA MODUS, CORP.</u>

Defendants Sensormatic Electronics, LLC and Johnson Controls International, plc hereby notify the Court that they have complied with the Court's Order, Dkt. No. 68, by serving its Local Patent Rule 3.3 Invalidity Contentions and Local Patent Rule 3.4 Document Production Accompanying Invalidity Contentions, upon all counsel of record for Plaintiff Alpha Modus, Corp. via e-mail on May 4, 2026.

Dated: May 4, 2026

Respectfully submitted,

*/s/ Shaun W. Hassett with permission for*
*Taniel Anderson*
Michael E. Jones, State Bar No. 10929400
Shaun W. Hassett, State Bar No. 24074372
**POTTER MINTON**
102 North College
Suite 900
Tyler, TX 75702
Tel: 903-597-8311
mikejones@potterminton.com
shaunhassett@potterminton.com

Janine A. Carlan, DC Bar No. 464254 (lead attorney)
Taniel Anderson (*pro hac vice*)
**ARENTFOX SCHIFF LLP**
1717 K Street, NW
Washington, DC 20006-5344
Tel: 202-857-6000
janine.carlan@afslaw.com
taniel.anderson@afslaw.com

Julie A. Vernon (*pro hac vice*)
Kevin J. Cassato (*pro hac vice*)
**ARENTFOX SCHIFF LLP**
233 South Wacker Dr., Suite 7100
Chicago, IL 60606
Tel: 312-258-5500
julie.vernon@afslaw.com
kevin.cassato@afslaw.com

*Attorneys for Defendants Sensormatic Electronics,*
*LLC and Johnson Controls International, plc*