**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA MODUS, CORP., *Plaintiff*, | § | |
| v. | § | Case No. 2:25-CV-01060-JRG-RSP |
| 7-ELEVEN, INC., *Defendant*. | § | (Lead Case) |

**ORDER**

Defendants Johnson Controls International, PLC and Sensormatic Electronics, LLC. previously filed a Motion to Dismiss. (Dkt. No. 78.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 126), recommending denial of the motion. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, it is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss (**Dkt. No. 78**) is **DENIED**.

**So ORDERED and SIGNED this 29th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE