**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA MODUS, CORP., | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:25-CV-01060-JRG-RSP |
| 7-ELEVEN, INC., | § | |
| | § | (Lead Case) |
| *Defendant*. | § | |

**ORDER**

Defendants Lowe's Home Centers, LLC and Lowe's Companies, Inc., filed a Motion to Dismiss based on Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 101. (Dkt. No. 53.) Magistrate Judge Payne entered a Report and Recommendation that the Court deny the motion. (**Dkt. No. 124**). Defendants Lowe's Home Centers, LLC and Lowe's Companies, Inc., along with Plaintiff Alpha Modus Corporation have since filed Objections. (Dkt. Nos. 130, 129.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the parties' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes the Objections fail to show the Report and Recommendation was erroneous.

Accordingly, the Court **OVERRULES** both parties' Objections, **ADOPTS** the Report and Recommendation, finds that the asserted claims of the asserted patents are directed to abstract ideas under *Alice* Step 1, but that genuine disputes of material fact prevent granting the motion under *Alice* Step 2, and **DENIES** the Motion to Dismiss (Dkt. No. 53).

**So ORDERED and SIGNED this 29th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE